IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| FRAZIER PORTER | § | |
| VS. | § | CIVIL ACTION NO.   1:19-cv-295 |
| JORDAN LANDRIO, ET AL. | § | |

MEMORANDUM ORDER ADOPTING THE MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Frazier Porter, a former prisoner, filed this civil rights action pursuant to 42 U.S.C. § 1983 against Jordan Landrio, Brendan Dunlap, Clara Owens, and Jessica Judy Awbrey.

The court referred this matter to the Honorable Christine L. Stetson, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The magistrate judge recommends granting Defendants' Motion for Summary Judgment (Doc. #118).

The court has received and considered the Report and Recommendation of United States Magistrate Judge (Doc. #123) filed pursuant to such order, along with the record and pleadings. No objections to the Report and Recommendation of United States Magistrate Judge were filed by the parties.

ORDER

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct, and the Report and Recommendation of United States Magistrate Judge is **ADOPTED**. Defendants'

Motion for Summary Judgment is **GRANTED**. A final judgment will be entered in this case in accordance with the magistrate judge's recommendation.

**SIGNED** this the 22 day of **July, 2022.**

_____
Thad Heartfield
United States District Judge